1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8                                        UNITED STATES DISTRICT COURT

9                                       NORTHERN DISTRICT OF CALIFORNIA

10                                            SAN FRANCISCO DIVISION

11 AMALIA HERNANDEZ PERALES,              )
                                          )   No. C 09-6028 SI
12                 Petitioner,            )
                                          )
13         v.                             )   **STIPULATION TO A BRIEFING**
                                          )   **SCHEDULE; AND [PROPOSED] ORDER**
14 JANET NAPOLITANO, Secretary,           )
   Department of Homeland Security;       )
15 TIMOTHY AIKEN, Field Office Director,  )
   Immigration and Customs Enforcement;   )
16 and ERIC HOLDER, JR., Attorney General )
   of the United States,                  )
17                                        )
                   Respondents.           )
18 _____)

19     Petitioner, by and through her attorney of record, and Respondents, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing

21 schedule on Petitioner's Motion for a Stay of Execution of Removal Order:

22     Respondents' Opposition:           January 4, 2010

23     Petitioner's Reply:                January 8, 2010

24     Hearing:                           January 15, 2010, at 9:00 a.m.

25 ///

26 ///

27 ///

28
   Stip to Briefing Schedule
   C09-6028 SI

1  Additionally, Respondents agree not to remove Petitioner prior to a decision on the hearing on
2  the motion.

3  Dated: December 28, 2009        Respectfully submitted,

4                                  JOSEPH P. RUSSONIELLO
                                   United States Attorney

7                                  _____/s/_____
                                   ILA C. DEISS
                                   Assistant United States Attorney

10 Date: December 28, 2009         _____/s/_____
                                   JAMES TODD BENNETT
11                                 Attorney for Petitioner

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                   SUSAN ILLSTON
                                   United States District Judge

Stip to Briefing Schedule
C09-6028 SI