1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
6  FAX: (510) 637-3724

7  Attorneys for Respondents

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  AMALIA HERNANDEZ PERALES,            )
                                         )  No. C 09-6028 SI
12              Petitioner,              )
                                         )
13          v.                           )  **STIPULATION TO HOLD CASE IN**
                                         )  **ABEYANCE; AND [PROPOSED] ORDER**
14  JANET NAPOLITANO, Secretary,         )
    Department of Homeland Security;     )
15  TIMOTHY AIKEN, Field Office Director, )
    Immigration and Customs Enforcement; )
16  and ERIC HOLDER, JR., Attorney General )
    of the United States,                )
17                                       )
                Respondents.             )
18  _____ )

19      Petitioner, by and through her attorney of record, and Respondents, by and through their

20  attorneys of record, hereby stipulate, subject to approval of the Court, to hold this case in abeyance

21  for six months in light of the following:

22      (1)  The petitioner filed a habeas petition on December 24, 2009, alleging that she received

23  ineffective assistance of counsel from two of her former attorneys following the issuance of two

24  orders of the Board of Immigration Appeals (BIA).

25      (2)  A primary issue in this case is whether this Court should require the petitioner to exhaust

26  her administrative remedies by presenting her ineffective assistance of counsel claims to the BIA

27  via the filing a motion to reopen.

28      (3)  In *Rajinder Singh v. Napolitano*, Appeal No. 07-16988, the parties expect the United

STIPULATION TO HOLD CASE IN ABEYANCE
C09-6028 SI

1   States Court of Appeals for the Ninth Circuit to resolve the issue of whether a district court may

2   properly require exhaustion of administrative remedies in cases where, as here, the alleged

3   ineffective assistance of counsel occurred after the entry of the alien's final removal order and

4   where, as here, the petitioner seeks only re-issuance of the BIA's order or orders.

5       (4)  The Ninth Circuit held oral argument in *Rajinder Singh* on January 13, 2009, but has not

6   yet issued an opinion.  On August 11, 2009, the Ninth Circuit issued the following order on

7   August 11, 2009:

8           The case is remanded to the Board of Immigration Appeals for the limited purpose
            of ruling upon whether the Board had jurisdiction to hear Singh's ineffective
9           assistance of counsel claims and what effect, if any, the Attorney General's recent
            opinion in *In re Compean*, 25 I & N Dec. 1, 3 (A.G. 2009), has on this case.  The
10          Board shall advise the court of any action or decision.

11  *Singh v. Napolitano*, 577 F.3d 988 (9th Cir. 2009) (Order).

12      (5)  The BIA has asked the parties in the *Rajinder Singh* case to file briefs on the issue that has

13  been remanded to it by the Ninth Circuit and those briefs are due on January 27, 2010.

14      (6)  The parties believe it would be prudent to await the BIA's response to the Ninth Circuit's

15  Order and the Ninth Circuit's decision in *Rajinder Singh* before filing any further briefing in the

16  above-entitled matter and, accordingly, ask this Court to hold this case in abeyance for a period of

17  six months.

18

19  Date:  January 19, 2010                              Respectfully submitted,

20                                                       JOSEPH P. RUSSONIELLO
                                                         United States Attorney
21

22                                                          /s/
                                                         EDWARD A. OLSEN
23                                                       Assistant United States Attorney
                                                         Attorneys for Respondents
24

25  Date:  January 19, 2010                                 /s/
                                                         JAMES TODD BENNETT
26                                                       Attorney for Petitioner

27

28

STIPULATION TO HOLD CASE IN ABEYANCE
C09-6028 SI                                  2

1

**[PROPOSED] ORDER**

2    Pursuant to stipulation, IT IS SO ORDERED that:

3    (1)  This case will be held in abeyance of period of six months.

4    (2)  If and when the United States Court of Appeals for the Ninth Circuit issues a decision
     in *Rajinder Singh v. Napolitano*, Appeal No. 07-16988, the parties shall promptly notify the
5    Court;

6    (3)  The parties shall submit a status report on June 18, 2010.

7

8
Dated: _____, 2010               _____
9                                           SUSAN ILLSTON
                                            United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO HOLD CASE IN ABEYANCE
C09-6028 SI                                3