| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 6 | Telephone: (510) 637-3697<br>FAX: (510) 637-3724 |
| 7 | Attorneys for Respondents |

IT IS SO ORDERED
Judge Susan Illston

The parties must file a joint status report by December 17, 2010.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMALIA HERNANDEZ PERALES, | ) | No. C 09-6028 SI |
| Petitioner, | ) | |
| v. | ) | **JOINT STATUS REPORT** |
| JANET NAPOLITANO, Secretary,<br>Department of Homeland Security;<br>TIMOTHY AIKEN, Field Office Director,<br>Immigration and Customs Enforcement;<br>and ERIC HOLDER, JR., Attorney General<br>of the United States, | ) | |
| Respondents. | ) | |

Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby submit this joint status report.

(1) The petitioner filed a immigration habeas petition on December 24, 2009, alleging that she received ineffective assistance of counsel from two of her former attorneys following the issuance of two orders of the Board of Immigration Appeals (BIA).

(2) An issue in this case is whether or not this Court can and should require the petitioner to exhaust her administrative remedies, if any, by presenting her ineffective assistance of counsel claims to the BIA via the filing an administrative motion to reopen.

(3) In *Rajinder Singh v. Napolitano*, Appeal No. 07-16988, the parties expect the United States Court of Appeals for the Ninth Circuit to resolve the issue of whether a district court may

JOINT STATUS REPORT
C09-6028 SI

properly require exhaustion of administrative remedies, if any, in cases where, as here, the alleged ineffective assistance of counsel occurred after the entry of the alien's final removal order and where, as here, the petitioner seeks only re-issuance of the BIA's order or orders under Amarjeet *Singh v. Gonzales*, 499 F.3d 969 (9th Cir. 2007).

(4)  The Ninth Circuit held oral argument in *Rajinder Singh* on January 13, 2009, but has not yet issued an opinion.

(5)  On August 11, 2009, the Ninth Circuit issued the following order:

> The case is remanded to the Board of Immigration Appeals for the limited purpose of ruling upon whether the Board had jurisdiction to hear Singh's ineffective assistance of counsel claims and what effect, if any, the Attorney General's recent opinion in *In re Compean*, 25 I & N Dec. 1, 3 (A.G. 2009), has on this case.  The Board shall advise the court of any action or decision.

*Rajinder Singh v. Napolitano*, 577 F.3d 988 (9th Cir. 2009) (Order).

(6)  When the case was remanded to the BIA, the BIA asked the parties to file briefs on the issues that had been remanded to it by the Ninth Circuit and the parties submitted briefs as directed by the BIA.

(7)  On April 30, 2010, the BIA issued a decision in *Matter of Rajinder Singh*, Case No. A071789054, which responded to the questions that were posed to it by the Ninth Circuit.  A copy of the BIA's decision is attached to this joint status report.

(8)  The BIA and the parties have provided the Ninth Circuit with a copy of the BIA's decision for its consideration.

(9) Rajinder Singh filed a motion with the BIA on June 1, 2010, asking for reconsideration of its April 30, 2010 decision.  The petitioner has provided a copy of her motion for reconsideration to the Ninth Circuit.

(10)  The parties continue to believe it would be prudent to await the Ninth Circuit's decision in *Rajinder Singh* before filing any further briefing in the above-entitled matter and, accordingly, ask this Court to hold this case in abeyance for an additional six months.  In the event the Ninth Circuit issues a decision in the interim, the parties will promptly notify the Court.

//

//

JOINT STATUS REPORT
C09-6028 SI                                                                                                  2

1 | Date: June 17, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

　　　　/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

7 | Date: June 17, 2010

　　　　/s/
JAMES TODD BENNETT
Attorney for Petitioner

JOINT STATUS REPORT
C09-6028 SI                                       3