| | |
|---|---|
| 1 | MELINDA HAAG |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169
ila.deiss@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMALIA HERNANDEZ PERALES, | ) | |
| Petitioner, | ) ) | No. C 09-6028 SI |
| v. | ) ) | **JOINT MOTION TO DISMISS; and [PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary, Department of Homeland Security; TIMOTHY AIKEN, Field Office Director, Immigration and Customs Enforcement; and ERIC HOLDER, JR., Attorney General of the United States, | ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) ) | |

This immigration habeas petition has been stayed until the Ninth Circuit Court of Appeals issued a final decision in Singh v. Napolitano, 619 F.3d 1101 (9th Cir. 2010).

On March 21, 2011, the Ninth Circuit denied the petition for panel rehearing and the petition for rehearing en banc. On April 12, 2011, the appellate court denied the petitioner-appellant's subsequent motion to stay the mandate. On May 3, 2011, the Mandate issued. Accordingly, the holding in Singh stands, and the parties jointly move the Court to dismiss the habeas petition without prejudice. The parties agree to continue the stay of removal for thirty (30) days from dismissal, to allow Petitioner to file a motion to reopen the Board of Immigration Appeals and seek a stay of removal.

Joint Motion to Dismiss; [Proposed] Order
C09-6028 SI

1  Each party shall pay their own costs and fees.

2  Dated: June 3, 2011                    Respectfully submitted,

3                                         MELINDA HAAG
                                          United States Attorney

4

5  _____/s/_____
   ILA C. DEISS[1]
   Assistant United States Attorney
6  Attorneys for Respondents

7

8  Dated: June 3, 2011                    _____/s/_____
                                          JAMES TODD BENNETT
9                                         Attorney for Petitioner

10

11                              **[PROPOSED] ORDER**

12

13  Pursuant to the joint motion of the parties, IT IS SO ORDERED.  The stay of deportation will

14  expire in thirty (30) days from the date of this Order.  The habeas petition is DISMISSED, without

15  prejudice.  The parties shall bear their own costs and fees.  The Clerk shall close the file.

16

17  Dated    6/20/11

18                                         _____
                                           SUSAN ILLSTON
19                                         United States District Judge

20

21

22

23

24

25

26
     _____
27
     [1] I, Ila C. Deiss, hereby attest that I obtained the concurrence of all signatories represented
28  by a conformed (/s/) signature in the filing of this document.

Joint Motion to Dismiss; [Proposed] Order
C09-6028 SI